UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND

-and-

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT
COUNCIL OF GREATER NEW YORK,

                              Petitioners,

-against-

INNISS CONSTRUCTION, INC.,
                          Respondent.

-----------------------------------------------------------X

19 **CIVIL** 9942 (JSR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 13, 2019, Petitioners' motion is granted in its entirety and judgment is entered for Petitioners and against Respondent in the liquidated amount of $286,097.45, with post-judgment interest accruing at 1.572% on any outstanding balance of the judgment from the date of the Order until the balance of such judgment is paid in full. See 28 U.S.C. § 1961(a).

**Dated**: New York, New York
         December 16, 2019

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**
         **BY:**
                                      **Deputy Clerk**